NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
### DIVISION ONE

STATE OF ARIZONA, *Respondent*,

*v.*

TERRELL JONES, *Petitioner*.

No. 1 CA-CR 22-0410 PRPC

FILED 5-16-2023

Petition for Review from the Superior Court in Maricopa County
No. CR2013-444153-001
The Honorable Annielaurie Van Wie, Judge *Pro Tempore*

**REVIEW GRANTED; RELIEF DENIED**

APPEARANCES

Maricopa County Attorney's Office, Phoenix
By Krista Wood
*Counsel for Respondent*

Terrell Jones, San Luis
*Petitioner*

**MEMORANDUM DECISION**

Vice Chief Judge David B. Gass, Judge Brian Y. Furuya, and Judge Andrew
M. Jacobs delivered the decision of the court.

**PER CURIAM**:

**¶1**　　　　Petitioner Terrell Jones seeks review of the superior court's order denying his petition for post-conviction relief. This is petitioner's first petition.

**¶2**　　　　Absent an abuse of discretion or error of law, this court will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 577, ¶ 19, 278 P.3d 1276, 1280 (2012). It is petitioner's burden to show that the superior court abused its discretion by denying the petition for post-conviction relief. *See State v. Poblete*, 227 Ariz. 537, ¶ 1, 260 P.3d 1102, 1103 (App. 2011) (petitioner has burden of establishing abuse of discretion on review).

**¶3**　　　　We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, and the petition for review. We find that petitioner has not established an abuse of discretion.

**¶4**　　　　We grant review and deny relief.



AMY M. WOOD • Clerk of the Court
FILED: AA